IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HAWKINS,<br><br>            Petitioner,<br><br>      v.<br><br>KELLY SANTORO,<br><br>            Respondent. | No.  2:23-CV-0641-DJC-DMC-P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 14, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 14, 2024, ECF No. 17, are adopted in full.

2. Respondent's motion to dismiss, ECF No. 13, is GRANTED.

3. Ground Three is DISMISSED with prejudice for failure to state a cognizable claim.

4. Ground Two is DISMISSED without prejudice as unexhausted.

5. This action is STAYED pursuant to *Kelly v. Small*, 315 F.3d 1063, 1066 (9th Cir. 2003).

6. Petitioner shall file a report on the status of state court exhaustion proceedings within 60 days of the date of this order and every 60 days thereafter pending further order of this Court.

IT IS SO ORDERED.

Dated: **July 12, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE