**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH HAWKINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KELLY SANTORO,<br><br>　　　　Respondent. | No. 2:23-CV-0641-DJC-DMC-P<br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion to lift stay. See ECF No. 22. Respondent filed a response. See ECF No. 24. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On October 15, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. *See* ECF No. 25. No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

1     Accordingly, IT IS HEREBY ORDERED as follows:

2     1.    The findings and recommendations filed October 15, 2025, ECF No. 25, are adopted in full;

4     2.    The stay of proceedings imposed on July 12, 2024, ECF No. 19, is lifted;

5     3.    This action will proceed on Claim One;

6     4.    If Plaintiff wishes to file a motion to amend the Petition, it must be filed within 30 days of the date of this order; and

8     5.    This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2