**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KENNETH HAWKINS,

Petitioner,

v.

GENA JONES,

Respondent.

No. 2:23-CV-0641-DJC-DMC-P

ORDER

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion for an extension of time to file objections to the Court's Jul 2, 2026, findings and recommendations. See ECF No. 33. Good cause appearing therefor, Petitioner's motion is granted and Petitioner's objections filed on July 31, 2026, are deemed timely.

IT IS SO ORDERED.

Dated: August 5, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE